**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Quentin Trevor Brice, Sr. and Sheliah Sheree Nunn-Brice fka Sheliah Nunn | No.   11-01072 |
| Debtor | Hon.  Pamela S. Hollis |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on June 17, 2016, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

_____/s/ Ross Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Jon K. Clasing and Marilyn O. Marshall on June 17, 2016.

_____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Quentin Trevor Brice, Sr. and Sheliah Sheree Nunn-Brice
3900 W. 84th St
Chicago, IL 60652

Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Jon K. Clasing
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603